UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80518-CIV-HURLEY

TAVARES GIBSON, on his own behalf
and others similarly situated,
    plaintiff,

vs.

MANUCY & ASSOCIATES, INC. and
RAYMOND MANUCY,
    defendants.
_____/

### ORDER APPROVING FLSA SETTLEMENT AGREEMENT, ORDER OF FINAL DISMISSAL WITH PREJUDICE & ORDER CLOSING FILE

THIS CAUSE is before the court in this FLSA action upon the parties' joint motion for approval of settlement and dismissal with prejudice filed September 5, 2008 [DE# 14]. Having reviewed the motion and proposed settlement agreement, it is

ORDERED AND ADJUDGED:

1. The parties' joint motion for approval of FLSA settlement agreement and motion for dismissal with prejudice based on settlement [DE# 14] is **GRANTED**.

2. The parties' proposed settlement agreement [DE# 14-2] is **APPROVED**, and the claims of plaintiff **TAVARES** against the defendants **MANUCY & ASSOCIATES, INC.** and **RAYMOND MANUCY** are **DISMISSED WITH PREJUDICE**.

3. The court shall retain jurisdiction to enforce the settlement agreement upon which the above described stipulated dismissal of all claims is predicated.

4. There being nothing further for the court to do in this proceeding, the Clerk is directed to **CLOSE** this file and terminate any other pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 6th day of October, 2008.

_____
Daniel T. K. Hurley
United States District Judge

cc:

all counsel